USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,           :     **21 CR 133 (VM)**
                                    :
        -against-                   :
                                    :           **ORDER**
GIOVANNI DE LA MORA, et al.,        :
                                    :
                Defendants.         :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

       It is hereby ordered that an initial conference in the above matter is scheduled for Friday, March 19, 2021 at 10:00 AM. The conference shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         09 March 2021

_____
Victor Marrero
U.S.D.J.