```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/23/2021__

UNITED STATES OF AMERICA

  -v.-

GIOVANNI DE LA MORA,

  Defendant.

**ORDER**

S1 21 Cr. 133 (VM)

WHEREAS, the Court has referred to the Magistrate Judge on duty the change-of-plea proceeding (the "Proceeding") for defendant Giovanni De La Mora, to be scheduled for Monday, May 3, 2021;

WHEREAS, the Court has authorized the use of videoconferencing (or teleconferencing, if video is not reasonably available) for felony pleas under Rule 11 of the Federal Rules of Criminal Procedure, having specifically found that Rule 11 felony pleas cannot be conducted in person without seriously jeopardizing public health and safety, *see In re: Coronavirus/Covid-19 Pandemic*, 20 Misc. 176 (CM) (March 11, 2021);

WHEREAS, the defendant has consented to the use of videoconferencing (or teleconferencing, if video is not reasonably available) for the Proceeding;

WHEREAS the ongoing COVID-19 pandemic and the defendant's presence in Houston, Texas, necessitates that the proceeding take place remotely;

THE COURT HEREBY FINDS that because the defendant has consented to proceeding remotely, and for the reasons set forth in the parties' letter dated April 23, 2021, the Proceeding cannot be further delayed without serious harm to the interests of justice.

Accordingly, IT IS HEREBY ORDERED that the Proceeding, to be scheduled for Monday, May 3, 2021, shall be conducted before the duty Magistrate Judge by videoconferencing, or teleconferencing, if video is not reasonably available.

SO ORDERED:

Dated:      New York, New York
            April  23 , 2021

                                          _____
                                          Victor Marrero
                                          U.S.D.J.