UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

GIOVANNI DE LA MORA,

Defendant.

**ORDER**

S1 21 Cr. 133 (VM)

It is HEREBY ORDERED that defendant Giovanni De La Mora shall surrender to the United States Marshal's Service in ~~Houston, Texas~~ New York, New York by May 5, 2021, ~~and that he be transferred to a facility in the vicinity of the Southern District of New York~~. On May 5, 2021, prior to his surrender, Mr. De La Mora may remove his GPS monitoring bracelet, at the direction of his pre-trial services officer.

SO ORDERED:

Dated:   New York, New York
         May 3, 2021

_____
THE HONORABLE KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK