```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :     **21 CR 133 (VM)**
                                   :
          -against-                :
                                   :           **ORDER**
GIOVANNI DE LA MORA,               :
                                   :
               Defendant.          :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant will be scheduled to Friday, September 10, 2021 at 9:00 AM.

**SO ORDERED:**

Dated:    New York, New York
          02 September 2021

_____
Victor Marrero
U.S.D.J.