USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,        :    **21 CR 133 (VM)**
                                 :
    -against-               :
                                 :    **ORDER**
GIOVANNI DE LA MORA,             :
                                 :
        Defendant.       :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    It is hereby ordered that the conference in this matter scheduled for Friday, September 10, 2021 at 9:00 A.M. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         09 September 2021

                                                Victor Marrero
                                                  U.S.D.J.